UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| APRIL ALVORD ET AL | CIVIL ACTION NO. 25-cv-642 |
| VERSUS | JUDGE EDWARDS |
| BLAIR LOGISTICS, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Blair Logistics, LLC filed a Diversity Jurisdiction Disclosure Statement and alleged that it is a limited liability company organized under the laws of the State of Nevada with its principal place of business in Alabama. Blair Logistics alleges that it is "wholly owned by an Alabama entity". The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008).

"A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Mullins v. TestAmerica Inc., 564 F.3d 386, 397-98 (5th Cir. 2009); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018). An allegation that an LLC is "wholly owned" by someone is not enough to allege citizenship

with specificity. The party must set forth the members of the LLC, which may be different from owners in some states. <u>SXSW, L.L.C. v. Fed. Ins. Co</u>., 83 F.4th 405, 408 (5th Cir. 2023).

Blair Logistics must file, no later than **June 6, 2025**, an amended Diversity Jurisdiction Disclosure Statement that identifies its members and sets forth their citizenship is accordance with the applicable rules.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 28th day of May, 2025.

_____
Mark L. Hornsby
U.S. Magistrate Judge